619 A.2d 1057

WESBURY UNITED METHODIST COMMUNITY, Appellant,

v.

DEPARTMENT OF PUBLIC WELFARE, OFFICE OF HEARINGS AND APPEALS.

Supreme Court of Pennsylvania.

Argued Jan. 27, 1993.

Decided Feb. 16, 1993.

Paul D. Shafer, Jr., Jeffrey K. Millin, Meadville, for Wesbury United Methodist Community.

Paula G. Sanders, Harrisburg, amicus curiae.

Jason W. Manne, Dept. of Public Welfare, Pittsburgh, John A. Kane, Harrisburg, for Dept. of Welfare, Office of Hearing and Appeals.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.